UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00112 |
| | ) | JUDGE CAMPBELL |
| RIKI CHASE CARILLON | ) | |

ORDER

The sentencing hearing in this case scheduled for August 8, 2014, is RESCHEDULED for August 13, 2014, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE